UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

STEVEN RANCOUR,

    Petitioner,

v.

STATE OF WASHINGTON,

    Respondent.

Case No. 3:20-cv-05745-JLR-TLF

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the report and recommendation, the petition for writ of federal *habeas corpus* relief and the remaining record, hereby finds and ORDERS:

(1) The Magistrate Judge's report and recommendation is approved and ADOPTED;

(2) Petitioner's federal habeas corpus petition (Dkt. 6) is DISMISSED without prejudice as unexhausted and for failure to respond to a Court order; and

(3) Petitioner's "Motion to Exhaust State Remedies" (Dkt. 7), is DENIED; and

(4) A certificate of appealability is DENIED; and

(5) The Clerk is directed to close this case and to send copies of this Order to petitioner, Hon. Theresa L. Fricke, and any other party that has appeared.

Dated this 10th day of November 2020.

James L. Robart
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1